JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Krishna Lunch of Southern California, Inc., et al., | Case No.: CV 16-8422 DSF (PLAx) |
|---|---|
| Plaintiffs, | |
| v. | JUDGMENT |
| Monroe Gordon Jr., etc., | |
| Defendant. | |

The Court having ordered that Plaintiffs' Third Amended Complaint be dismissed with prejudice,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice and that Defendant recover his costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.
.

Dated: 2/9/18

Dale S. Fischer
United States District Judge