1  Raymond A. Cardozo (SBN 173263)
2  rcardozo@reedsmith.com
   REED SMITH LLP
3  101 Second Street, Suite 1800
4  San Francisco, CA 94105-3659
   Telephone:  +1 415 543 8700
5  Facsimile:   +1 415 543 8269

6
   Attorneys for Defendant,
7  MONROE GORDEN JR., Interim
   Vice Chancellor of Student Affairs,
8  in his official capacity
9

10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13                        WESTERN DIVISION

| | |
|---|---|
| 14   KRISHNA LUNCH OF SOUTHERN | Case No. 2:16-cv-08422-DSF-PLA |
| 15   CALIFORNIA, INC., a California nonprofit religious corporation; RAJU | **STIPULATION TO STAY ACTION** |
| 16   MANTHENA, an Individual; SRINIVAS PRASAD, an Individual; | *[Concurrently Filed with [Proposed]* |
| 17   NIKITA KATHURIA, an Individual; | *Order]* |
| 18   RAKSHA DUTT, an Individual; VIDORI VAIDE, an Individual; and | Hon. Dale S. Fischer |
| 19   BRUCE ELLINGSON, an Individual, | Courtroom 7D |
| 20                        Plaintiffs, | |
| 21        v. | |
| 22   | |
| 23   MONROE GORDEN JR., Interim Vice Chancellor of Student Affairs, in his | |
| 24   official capacity, | |
| 25                        Defendant. | |
| 26 | |

27

28

**STIPULATION**

Plaintiffs KRISHNA LUNCH OF SOUTHERN CALIFORNIA, INC., RAJU MANTHENA, SRINIVAS PRASAD, NIKITA KATHURIA, RAKSHA DUTT, VIDORI VAIDE, and BRUCE ELLINGSON ("Plaintiffs"), and Defendant MONROE GORDEN JR., Interim Vice Chancellor of Student Affairs, in his official capacity ("Defendant") (collectively, the "Parties") submit, through their undersigned counsel of record, the following Stipulation:  WHEREAS,

Plaintiffs filed their Third Amended Complaint for Declaratory and Injunctive Relief ("TAC") on October 23, 2017 (Dkt. 40);

Plaintiffs allege, *inter alia*, that Plaintiffs' proposed outside food service activities on the campus of the University of California, Los Angeles ("UCLA") constitute expressive and associational conduct protected by the First Amendment and seek relief in the form of an injunction prohibiting Defendants from enforcing certain prohibitions on those outside food service activities;

On February 9, 2018, the Court entered an order dismissing Plaintiffs' TAC with prejudice (Dkt. 62);

On January 13, 2020, the Ninth Circuit Court of Appeals entered judgment affirming in part, and vacating and remanding in part the Court's dismissal of Plaintiffs' TAC, which was made effective by mandate on May 1, 2020;

The Ninth Circuit Court of Appeals found that Plaintiffs had plausibly pleaded expressive and associational conduct but did not reach the issue of whether UCLA's restriction passes constitutional muster under *United States v. O'Brien*, 391 U.S. 367 (1968), and remanded for further proceedings consistent with its disposition;

On May 4, 2020, the Court ordered the parties to file a revised Joint Rule 26(f) Report by May 20, 2020;

On May 19, 2020, the parties stipulated and the Court entered an order extending the deadline to file a revised Joint Rule 26(f) Report to June 3, 2020;

On June 3, 2020 Reed Smith LLP was substituted in as counsel for Defendant;

**STIPULATION TO STAY ACTION**

1    During the meet and confer process related to the Joint Rule 26(f) Report,

2  Defendant informed Plaintiffs that due to the ongoing COVID-19 pandemic and the

3  related local and state emergency public health orders, outside food service is not

4  currently permitted on the UCLA campus, would likely not be permitted until the

5  Spring quarter of the 2020-2021 academic year at the earliest and that provisional

6  rules might be put into place during the Fall quarter of the 2020-2021 academic year

7  that would likely also affect Plaintiffs' proposed conduct alleged in the TAC;

8    Given the uncertainty surrounding the COVID-19 pandemic, the rapidly

9  evolving local and state emergency public health orders relating to the same, concerns

10 about a possible resurgence in COVID-19 later in 2020 that could further impact what

11 activities are prohibited or limited on UCLA's campus, and Defendant's counsel

12 representation that it is anticipated that outside food service will probably not be

13 permitted on the UCLA campus until the Spring of 2021 at the earliest, the parties

14 stipulate and agree that in the interest of fairness and judicial economy, this case

15 should be stayed until November 2, 2020;

16    The Parties agree that such a stay until November 2, 2020 will provide

17 additional time to see how the public health situation develops, how UCLA campus

18 operations will be affected in the 2020-2021 academic year, and will allow time to

19 account for any provisional or new rules and procedures that may be in place at the

20 UCLA campus because of the COVID-19 pandemic;

21    The Parties further agree to meet and confer and provide a status report

22 updating the Court regarding their positions as to when the stay should be lifted no

23 later than October 23, 2020:

24    NOW, THEREFORE, the parties, through their undersigned counsel, stipulate

25 and request that the Court order:

26    (1) The action shall be stayed until November 2, 2020;

27    (2) The Court's orders of May 4, 2020 and May 20, 2020 requiring the parties

28       to file a revised Joint Rule 26(f) Report by June 3, 2020 are vacated;

(3) The parties shall file a status report updating the Court regarding their

positions as to when the stay should be lifted by no later than October 23, 2020.

DATED: June 3, 2020

LAW OFFICES OF ROBERT C. MOEST
By: _/s/ Robert C. Moest_
    Robert C. Moest
    *Attorneys for Plaintiff Krishna Lunch of*
    *Southern California, Inc., et al.*

DATED: June 3, 2020

REED SMITH LLP

By: _/s/ Raymond A. Cardozo_
    Raymond A. Cardozo
    *Attorneys for Defendant Monroe Gorden, Jr.*

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Raymond A. Cardozo, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

DATED: June 3, 2020

By: _/s/ Raymond A. Cardozo_
    Raymond A. Cardozo

**STIPULATION TO STAY ACTION**