JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA LUNCH OF SOUTHERN CALIFORNIA, INC., et al., <br>         Plaintiffs, <br><br> v. <br><br> MONROE GORDEN, JR., <br>         Defendant. | CV 16-8422 DSF (PLAx) <br><br> JUDGMENT |

The Court having granted a motion dismiss and dismissed the case as moot,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice. The parties are to bear their own costs.

Date: August 18, 2022

_____
Dale S. Fischer
United States District Judge